IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CV-00238-FDW-DSC

| | |
|---|---|
| DOUGLAS R SMITH, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| AVERY CHAPMAN, et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court following the filing of the "Motion by Defendants Chapman, Chapman Law Group and Hartnett to Quash Third Party Subpoenas and for Issuance of Protective Orders" (document #50).

Defendants filed this Motion without first contacting the undersigned's chambers to schedule a telephone discovery conference as required by the "Case Management Order" entered by the Honorable Frank D. Whitney on October 27, 2014. See Document #47.

Accordingly, the "Motion by Defendants Chapman, Chapman Law Group and Hartnett to Quash Third Party Subpoenas and for Issuance of Protective Orders" (document #50) is **STRICKEN**. In the event counsel cannot resolve the present dispute without the Court's involvement, they are directed to contact the undersigned's chambers to schedule a telephone conference.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: February 27, 2015

David S. Cayer
United States Magistrate Judge