# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:14-CV-00238-FDW-DSC

| | |
|---|---|
| DOUGLAS R SMITH, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| AVERY CHAPMAN, et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court following filing of the "Motion by All Defendants to Compel Attendance of Plaintiff Douglas R. Smith at Deposition" (document #50).

The Court in its discretion will order expedited briefing on this Motion.

**THEREFORE IT IS ORDERED** that:

1. Plaintiffs' response to Defendants' Motion is due on or before April 16, 2015.

2. Defendants' reply is due on or before April 17, 2015.

3. The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 9, 2015

_____
David S. Cayer
United States Magistrate Judge