**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:14-CV-00238-FDW-DSC**

| | | |
|---|---|---|
| **DOUGLAS R SMITH, et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **AVERY CHAPMAN, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on "Motion by All Defendants to Compel Attendance of Plaintiff Douglas R. Smith at Deposition" (document #50) and the parties' briefs and submissions.  For the reasons stated in the Motion and Defendants' reply brief, the Court in its discretion will grant the Motion.

**THEREFORE IT IS ORDERED** that:

1.  The "Motion by All Defendants to Compel Attendance of Plaintiff Douglas R. Smith at Deposition" (document #50) is **GRANTED**.  Plaintiff Douglas R. Smith shall appear for deposition at the time and place noticed in West Palm Beach, Florida on April 28, 2015.

2.  The parties will bear their own expenses at this time.

3. The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 20, 2015

_____

David S. Cayer
United States Magistrate Judge