UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00238-MOC-DSC

| | | |
|---|---|---|
| **MARY LUCZAK-SMITH** | ) | |
| **DRS FAMILY MANAGEMENT, LLC** | ) | |
| **DOUGLAS R. SMITH** | ) | |
| **FORTIS CAPITAL HOLDINGS, LLC** | ) | |
| **SMITH CLOVIS CAPITAL HOLDINGS, LLC** | ) | |
| **CLOVIS CAPITAL VENTURES, LLC** | ) | |
| **SMITH AND SONS ENTERPRISES, LLC,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MARCUS SOWINSKI** | ) | |
| **PHILIP E GAUCHER** | ) | |
| **DRS 2011 FAMILY TRUST** | ) | |
| **IT'S A PROJECT, LLC** | ) | |
| **AVERY CHAPMAN** | ) | |
| **TARYN HARTNETT** | ) | |
| **DRS FAMILY HOLDINGS LLC** | ) | |
| **CHAPMAN LEGAL GROUP** | ) | |
| **VICTOR J. COOK,** | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| *et al.* | ) | |

**THIS MATTER** is before the court on defendants' Motion for Enlargement of Word Limit to Defendants' Motion for Summary Judgement [*sic*] Replies. While such request contains unnecessary contentions concerning the inclusion of parties and lacks a certificate of consultation, the court will grant the proposed extension of the word limit.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Enlargement of Word Limit to Defendants' Motion for Summary Judgement [*sic*] Replies (#126) is **GRANTED**.

Signed: June 24, 2015

Max O. Cogburn Jr
United States District Judge