UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00238-MOC-DSC

| | |  |
|---|---|---|
| **DOUGLAS R. SMITH, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **AVERY CHAPMAN, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the Consent Motion of the parties (#165) to extend response and reply deadlines to Counterclaim Defendant Marcus Sowinksi's Motion to Dismiss (#150). Having considered the matter, the court will grant the motion.

The court also takes this opportunity to direct both parties' attention to Local Rule of Civil Procedure 7.1, which governs filing procedures for electronic documents and proposed orders in this district. The rules provide, in pertinent part:

> **(G)** *Proposed Orders***.** Proposed orders must be submitted through cyberclerk and may also be submitted as attachments to a motion, brief, or notice that relates to the proposed relief sought. In any event, such proposed document must be served on all parties.
>
> **(H)** *Electronic Format for Briefs, Motions, and Pleadings.* Briefs, motions, and pleadings shall be filed in a PDF readable format, rather than an electronically copied format, whenever possible. Filing pleadings and briefs in a PDF readable format allows the court and the parties to fully utilize electronic filings.

See LCvR 7.1 (G-H). Regarding future filings in this case, the court reminds parties to submit proposed orders through cyberclerk and to file motions and briefs in PDF readable format.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Consent Motion of the parties (#165) is **GRANTED**; Defendants/Counterclaim Plaintiffs shall be allowed up to and inclusive of August 10, 2015 to file a Response to Counterclaim Defendant Sowinksi's Motion to Dismiss; and Counterclaim Defendant Sowinski shall be allowed up to and inclusive of August 24, 2015 to file a Reply.

Signed: July 17, 2015

Max O. Cogburn Jr.
United States District Judge