UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-238-MOC-DSC

| | |
|---|---|
| **DOUGLAS R. SMITH, et al.,** )  <br> ) <br> Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> **AVERY CHAPMAN, et al.,** ) <br> ) <br> Defendants. ) | ORDER |

**THIS MATTER** is before the court on the Joint Stipulation by the parties to Extend the Deposition Deadline of Douglas R. Smith (#187). At the July 15, 2015 hearing in this matter, this court ordered that the deposition of Plaintiff Douglas Smith be completed on August 24, 2015 at 9 a.m. in the offices of Jones, Foster, Johnston & Stubbs, P.A. in West Palm Beach, Florida. By the instant joint stipulation, the parties state that given current settlement discussions, both parties have agreed to postpone the deposition in order to focus on settlement. The parties further stipulate that if this matter does not settle in its entirety, the deposition of Mr. Smith shall be completed by no later than Tuesday, September 1, 2015. The court, finding good cause to postpone the deposition for little over a week in light of the fact that the parties are working toward amicable resolution of this case in its entirety, approves the stipulation and will allow the parties additional time to negotiate settlement. The court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court **APPROVES** the parties' Joint Stipulation to Extend Deposition Deadline of Douglas R. Smith (#187). **IT IS FURTHER**

**ORDERED** that, as stipulated by the parties, if settlement conversations in the next week prove unsuccessful, that Plaintiff Douglas R. Smith complete his deposition in accordance with the terms stated in open court on July 15, 2015, by no later than September 1, 2015. The court further informs the parties that if the deposition does take place and they would like to again request that the undersigned be available by phone for the deposition, that the parties confer with chambers about a suitable time and date, with appropriate advance notice.

Signed: August 21, 2015

Max O. Cogburn Jr
United States District Judge