# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-238-MOC-DSC

| | |
|---|---|
| DOUGLAS R. SMITH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| AVERY CHAPMAN, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion to Extend Response and Reply Deadlines" (document # 136) filed June 15, 2015. For the reasons set forth therein, the Motion will be granted, that is movants' deadline to respond to "Plaintiff's Motion to Amend Case Management Plan" (document #185) is extended to September 15, 2015, and Plaintiffs' reply deadline is extended to September 22, 2015.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: September 1, 2015

David S. Cayer
United States Magistrate Judge